ROBBINS
CONNECTICUT Av CPE

inform D.C
-743-5219

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

**UNITED STATES DISTRICT COURT**
2024 APR 19 PM 4: 26
**FOR THE**
**DIRSTRICT OF COLUMBIA**
FILING DEPOSITORY

**IVA ROBBINS**

**Plaintiff,**

**V.**

**United States Postal Services**
**Post Master Louis Dejoy in his official Capacity**
**Chief Executive Officer**

**Gerald Roane in his Official Capacity**
**as Virginia District Manager United States Postal Services**

**Defendant.**

Case: 1:24-cv-01156
Assigned To : Unassigned
Assign. Date : 4/19/2024
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT

Plaintiff , Iva Robbins (hereafter Ms. Robbins) through Prose Litigant   hereby sues United States Postal

Services (hereafter USPS ) and alleges  as follow :

### I. Nature of Action

1.      This is an action  arising from   intentional  violations  of  Section 15(d)  of the Age

Discrimination in  Employment Act(ADEA)of 1967 , as amended, 29 U. S. C.  Section 633a ;. Specifically

Ms. .Robbins was subject to  discrimination   based  upon her age  . Plaintiff bring this  action under

Section 15(d)  of the Age  Discrimination in  Employment Act(ADEA)of 1967 , as amended, 29 USC

Section 633a; 29 U. S. C.  § 621 et. seq.    where  Ms.  Robbins   seeks  redress  for United States

Postal Services  for intentional  violations of the  Section 15(d)  of the Age  Discrimination in

Employment Act(ADEA)of 1967 , as amended, 29 USC Section 633a  .


RECEIVED
Mail Room

APR 2 2 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1

2.       Plaintiff deems this action as timely because   this  complaint is filed at the appropriate

district  court within 180 calendar days from the day the  discrimination took place.

## II.  PARTIES

3.       Plaintiff  Is Iva Robbins  a natural U. S. Citizens ;  Iva Robbins  is  an individual of a

protected  class over the age   40 and older . Plaintiff  resides in  Washington D.C .

4.       Defendant is  the United States Postal  Services  observed as a Federal  Agency. *United*

*States Postal Services*   principal office is located in Washington D.C. . .  *United States Postal Services*

*holds  positions  in the competitive service ;*  does business in the District  of  Columbia   and

elsewhere in the United States .

## *III.  Jurisdiction and Venue*

5.       Plaintiff bring this  action  under   Section 15(d)  of the Age  Discrimination in

Employment Act(ADEA)of 1967 , as amended, 29 USC Section 633a  Plaintiff   seeks  redress  for

violations  of the   Section 15(d)  of the Age  Discrimination in  Employment Act(ADEA)of 1967 , as

amended, 29 USC Section 633a  . *This Court has subject –matter jurisdiction  over Plaintiff 's*

*Federal law claims  pursuant to  28 U.S. C.* § 28 U.S.C. § 1331 because this case is brought under the

federal Age Discrimination in Employment Act, 29 U.S.C. § 621 et.  seq. ,  29 U.S.C. §§  62633a , this

Court has federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 633a(c)

6.       Venue  is proper  in this Court  pursuant to Part 1391 (e) ( 1) (C)  because United

Sates Postal Services  is observed  as a    Federal Agency  is located in the District. ACTIONS WHERE

DEFENDANT IS OFFICER OR EMPLOYEE OF THE UNITED STATES PURSUANT TO 1391 *(e) ( 1) (C)  a*  civil action in which

a Defendant is an officer or employee of the United States or any agency thereof acting in his official

capacity or under color of legal authority, or an agency of the United States, or the United States, may,

except as otherwise provided by law , be brought in any judicial district in which the plaintiff resides if no real property is involved in the action. *(ADEA itself lacks a specific venue provision[1] )*

## IV.  FACTS

7.      Plaintiff alleges that United States  Postal  Offices Services  through its  hiring and employment process  engaged in a pattern  of  practices of intentional employment discrimination against  Ms. . Robbins  who  is age 40 and older.

8.      Ms.  Robbins alleges , the  USPS  Brook  Road  located  at 1801 Brook Road Richmond Virginia  ( hereafter USPS Brook Road Location  ) violated   Section 15(d)  of the Age  Discrimination in Employment Act(ADEA)of 1967 , as amended, 29 USC Section 633a  starting  from the   start of Plaintiff's application  on October 27, 2023   thru December 7, 2023  in    its  final act  withdrew  it extend offer to the Plaintiff  for a  Mail Handler Assistant position  .

9. USPS  selected  the Plaintiff,  as like announced   for all   other USPS employees  for its extend offer  for  the  Mail Handler Assistant  Positions :  under  competitive  procedures   , by relying  on scores  performances of the applicant  from numerous required USPS   tasks , pass criminal Background Checks and recent  Employment  History  in its multi-stage hiring process. **Exhbit1;  Exhibit 2** paragraph 2

10.     Ms.  Robbins alleges , the  USPS  Brook  Road     location  violated   the  Section 15(d)  of the Age  Discrimination in  Employment Act( ADEA)of 1967 , as amended, 29 USC Section 633a when on  December 7 , 2023   its  withdrew  it employment offer   extended   to Ms. Robbins  for the Mail Handler Assistant position  after it had learned that   one of USPS  outside facilities , other than

---

[1] ADA  lacks  venue  provision   , facts presents  mismatch in venue , where involving the  Plaintiff's USPS Candidate  Profile  selected  for an extended  offer  was manage in   North Carolina , Plaintiff  would have work in Richmond Virginia   but for unlawful acts.  Nonetheless , *1391 (e) ( 1) (C)* satisfies the statutory  requirements  for venue USPS  as a   Federal  Agencies .

the USPS Brook Road location of Plaintiff 's alleged discrimination , had extended Ms. Robbins an offer for the Mail Handler Position . **Exhibit 2**

11. Ms. Robbins alleges that USPS 's discrimination against her for reasons of her age was pervasive throughout its hiring process. Where Ms. Robbins complained early on of the application process on age discrimination may disqualify her as a selected USPS candidate. **Exhibit 3**

12. First stage of the US Hiring Process was for Ms. Robbins to attend the application session thus create a USPS Candidate Profile , second stage was to perform a task of Assessment /Aptitudes test and thirdly Ms. Robbins was to pass a finger print criminal background check , and suitability check . Plaintiff alleges the duration of her completion of these aspects up to the USPS withdrawing of its extend offer , USPS Brook Road Richmond Virginia location discriminated against the Plaintiff base on her age as 40 and older .[2]

13. USPS through its initial stage of the hiring process is where Ms. Robbins alleges USPS Brook Road location employed tactics in attempts to disable the Plaintiff as age 40 and older over from being an applicant .

14 Plaintiff further asserts that the application session held at the USPS Brook Road location was not age neutral for her, age forty and older .

15. On Friday October 27 , 2023, Plaintiff Iva Robbins initiated her employment application for the Mail Handler Assistant Position with others individuals at the same employment stage of the process and at the same onsite application session . **Exhibit 1**

16. USPS Brook Road location as the Host of the application session furnished computers to its attendees to submit their application under USPS 's network .

---

[2] Plaintiff does not implies that age forty and older is the threshold for USPS' Discrimination , Plaintiff states age 40 and older as defined as prohibit under the law .

17.    USPS Employer as Host , its employee, name unknown   can  view  the  attendee applications   and submitted  information   through  her held  computer  as part of  USPS 's network  .

18.    Plaintiff  states   her  Work Experience was deleted at least   five times   before it was held  as part of the application  record ,and second  Ms. Robbins  was encourage  not to  provide Educational  Background  Information as repeated   stated  by USPS Employer Host  it was not required  for the  position.  **Exhibit 4**

19.    Plaintiff asserts , Ms. Robbins witnessed  not  the same experiences of the young men and therefore asserts  that  such  repeated deletion and inputting  of information was not experiences of the youngmen  attendee [3]at the application session  .

19.    Plaintiff further asserts , prior to the repeated  deletion and inputting  of  her  Work Experiences  information  ,   Ms. Robbins  was not permitted to create  nor select  her  User  ID  and Password .

20.    On Ms.  Robbins  multiple  attempts to  create  her " USPS Candidate  Profiled " by first selecting a    Password    and  User ID ,  the  file will not open  to initiate the process .   Hereafter, of several attempts  by  the Plaintiff  , USPS 'Employer Hosts   provided  a  Password and   User ID  of her selection  and or creation   in which  will in the  latter  not permit Ms. Robbins  to re -access her USPS Personnel  records  .  **Exhibit 5**

21.    On October 27, 2023  , Ms.  Robbins in attempts to  create a USPS  Personal Profile  in applying  for  USPS  Mail Hander Assistant  Position  found   the file will  returned  back to  the same window  requiring the   applicant  to create a Password and User ID    thus , window   will not  open

---

[3] Ms.  Robbins describes  young men   in comparison   to  age  forty and older  as defined  under the law .

to initiate the process for the Plaintiff to submitted an application or to start a "USPS Candidate Profile .

22.    At all times and in the pass , Ms. Robbins has used her selected Password and User ID for her priorities files and has been successful . Ms. Robbins at the USPS Application Session usage of one of the USPS 'network computer , Ms. Robbins was disabled in using her selected Password and User ID to initiate her USPS Candidate Profile or to submit an application until the USPS Employer Hosts provided the Plaintiff with its , USPS selected and created Usage ID and Password . **Exhibit 5**

23.    Ms. Robbins alleges the USPS employed discriminating practices on her for reasons of her age 40 and Older . First , by disabling the Plaintiff from selecting and using her owned Password and User ID then by providing the Plaintiff with USPS selected Password and User ID; in the order of the Plaintiff to initiate the application with USPS to start a USPS Candidate Profile , the USPS Employer 'Hosts provided the Plaintiff with its USPS selected and 'created Usage ID and Password . Notwithstanding, on what was to follow : the repeated deletion and inputting of Ms. Robbins' Work Experiences at least five times . **Exhibit 5**

24.    Plaintiff witnessed the USPS Applicants of young men using their selected Password and User ID , and Plaintiff witnessed not the USPS Applicants of young men deletion and inputting their information . Thus, Plaintiff alleges USPS employed tactics applied on Ms. Robbins gives rise to a reasonable inference that the hiring application session on October 27,2023 was not" [age]-neutral [4]" for Ms. Robbins age 40 older  *Adams v. Ameritech Servs., Inc.* , 231 F.3d 414, 424 . Exhibit 4

---

[4] Plaintiff defines age neutral as not associate with age .

6

*24-a*    Ms.  Robbins was encouraged  by the USPS Employer Host name unknown   to immediately  perform the  Assessment  at home.  Hereafter,  the Plaintiff  completion of  the application session,  young  men as  applicant remained  [5]at the application session   for their Assessment /Aptitude task ,  where the  Plaintiff    witnessed    performed by USPS  Employer  Host first name    Stella  last name unknown,   who was  named  to host the  application  session  from the start   ,  but only  made an appearance  at the October 27, 2023  Application  Session  at the  time of Ms.  Robbins completion of  her  application   session  and then  seated next to the selected young men to perform   their Assessment  Aptitude task  treatment .

25.    October 29, 2023,  by link   through   email   ,  Ms.  Robbins accessed and  performed the  USPS Assessment  Aptitude task   to which informs  applicants  their  score  are found in applicant 's USPS   Candidate  Profile . . **Exhibit 6  paragraph 7** *Exhibit 2*

*26.*    On  October 29, 2023,  Ms. Robbins found   she  could  not re access   her  USPS Candidate  Profile  with the selected  Password and User ID   written of the  USPS  Employer  Host  name unknown **Exhibit 5**

27.    The next day  , Ms.  Robbins  *made several  unsuccessful  attempts with  her Tec Repair acquaintance   Ronald  Ellington    to re access    her USPS  personnel Profile with the  Password and User ID  as written by* the  USPS  Employer 's  Host  name unknown. Further, there  were no  visual applications  to reset  or  forgot your password  located  on the USPS   portal  site  to  reset password  . **Exhibit not presented  herein**

28.    Plaintiff  saw no visual applications   for a forgotten  pass word  or  to reset password, instead  Plaintiff , upon entering  User ID  and Password as written of USPS Employer  Host ,  Plaintiff

---

[5] Though applicants  appeared  at different times   to  the application  session , Plaintiff  witnessed  the different treatment  than   she as  applicant  40 and older

viewed a rectangular like figure with a message right below it to contact owner of site . **Exhibit not shown herein**

29.    Thus, Ms. Robbins knew not her score from the USPS Assessment /Attitude task , until on Tuesday October 31, 2023 upon her visit at USPS Brook Road Richmond Virginia Local Services where USPS Work Force Planning Employer Roxana Toman by phone with an another USPS employee in local Services unknown name , delivery the Plaintiff her score of 84 . **Exhibit 7**

30.    Plaintiff alleges for reason to discriminate against the Plaintiff for age 40 and older ,the United States Postal Services took unlawful custodian of her USPS Personnel Profile where Ms. Robbins could not re access her USPS Candidate Profile. Plaintiff had not visual applications on the portal website to re access her personal records to learned of her performances on the USPS Assessment Aptitude task .

31.    Plaintiff's *score from the USPS* Assessment Aptitude task *was not known by re accessing her USPS Candidate Profile ,* but *upon Ms. Robbins visiting the USPS Brook Road 's Local Services location .* **Exhibit 7**

32.    *Plaintiff 's concerns on being disable to re access Personnel Profile was dismissed by USPS Work Force m Planning Employers Roxana Toman ; instead Plaintiff was told by the USPS employer in Local Services[6] on the phone with Roxana Toman the next step of the application process* once a candidate takes the assessment is again send through email .

33.    *Ms.* Robbins assert she never received an email on the next step , until after she complained to Brook Road location on Age Discrimination . Yet, it appears that Plaintiff was

---

[6] Ms. Robbins knew not the name of the USPS Local Services employer but signed in at Local Services Brook Road Location to learn her Assessment Score

8

not selected for USPS Extend offer Mail Handler Assistant Position through USPS Brook Road location but Plaintiff became a selected candidate through USPS Human Resources Shared Services Greensboro North Carolina Facility . **Exhibit 8**

34.    Plaintiff not knowing that a conditional extended offer would be the next step nor Plaintiff knew upon receiving conditional extended offer that it was send from USPS North Carolina Region , other than USPS Brook Road location Facility USPS Virginia Geographical Region . Yet , Plaintiff selected not to take finger prints at USPS Brook Road Location because Plaintiff experience Age Discrimination thus perceived Brook Road location was not age –neutral for Ms. Robbins age 40 and older .

35    Plaintiff experience Age Discrimination from the USPS Brook Road location thus, hiring practices was not age neutral for her age 40 and older where Plaintiff selected not to take finger print at USPS Brook Road location . Plaintiff took fingerprints at USPS Sandston location of Plaintiff's reserved reported work location . **Exhibit 9**

36.    Plaintiff experiencing Age Discrimination from USPS Brook Road location, Plaintiff took Fingerprints at USPS Sandston location of the Plaintiff's reported reserved work location . Plaintiff asked USPS employer at the Sandston Local Services location , if she can on board at this location ? Plaintiff was told that her finger prints results must go through Brook Road Local Services location ; upon passing Background without felonies , Ms. Robbins will onboard through Local Services at Brook Road where her Orientation will be scheduled for the Sandston location to start work afterwards .

37.    Plaintiff 's clear finger prints and clear suitability background check return to USPS Brook Road Local Services to which are among USPS's announced post offer conditions for the extended offer for Mail Handler Assistant Positions . Yet , on December 7 , 2023, USPS Work

9

Force Planning Roxanne Toman at Brook Road location withdrew the Plaintiff's Extended Offer for Mail Handler Assistant Position, who stated to Ms. Robbins that she" was not supposed to receive the extend offer " **Exhibit 10**

38.    Plaintiffs allege that USPS in its multiple -stage hiring process, as applicants age 40 and older, USPS Brook Road location provided with inoperative Password and User Name, disable her for re-accessing her USPS Candidate Profile since the initial application session. Plaintiff states, duration of the application process, Plaintiff was disable from re- accessing her USPS personal profile ,until December 2023 upon Plaintiff send email on an anticipate law suit to Roxane Toman and her superiors Carlee Cash that cc to an Attorney and after USPS withdrew the extend offer to only offer Ms. Robbins to re apply for another position. **Exhibit 11** Ms. Robins then saw visual application on USPS Portal Site for a forgotten password. **Exhibit 10**

39.    Plaintiff, on onboarding from the Brook Road location had concerns of Age Discriminations. It appears that USPS Extend Offer for Mail Hander Assistant position offer to the Plaintiff age 40 and older was not afford from the USPS Brook Road location on where Plaintiff's alleged Age Discrimination against her . Yet, on December 7, 2023 Carlee Cash USPS Brook Road location state that USPS had filled the position on its extend offer send to the Plaintiff from USPS Greensboro North Carolina a USPS facility other than USPS Brook Road location of the Plaintiff' claims .**Exhibit 8; 10**

40.    Plaintiff asserts , USPS employer asserted justification on a nondiscriminatory basis for withdrawing the Plaintiff extend offer for the Mail Handler Assistant position is false, Plaintiff asserts nothing but for age discrimination caused Plaintiff her injuries .

41.    Plaintiff further asserts, among the wealth of communication and Notices she received from the USPS the duration of the multi stage hiring process , Plaintiff was not once

10

informed nor Notices on the extend offer condition for Mail Handler Assistant position was that on Ms. Robbins completing the application process, Plaintiff sought effective date to start work and was told that a condition is on the availability of the position . **Exhibit 12; 10**

42. Plaintiff was informed of the conditions of post offer requirements are as set- forth below ; are contrary to the Defendants non discriminatory reason for withdrawing the Plaintiff extend offer for Mail Handler Assistant Position as such were performed by the Plaintiff :

1. If Applicant has continue interest for the job for the extend offer ( verbally stated )

2. If Applicant meets medical, eligibility , suitability and background – investigation **Exhibit 3 Paragraph 3**

3. If inspection Services cannot complete the required NACI ( SF85 National Agency Check with Inquiries **Exhibit 14**

4. If Applicant passes Background without felonies, its reserved employees on boarding for Sandston VA Postal facility have orientation at Sandston VA Postal facility schedule regularly on Saturdays to start work as schedule

5. If Applicant successfully completes Post Offer requirements **Exhibit 2**

42 Plaintiff further states, USPS policy permit USPS candidates to start work before the completion of the application process . **Exhibit**

43. USPS Brook Road location flagged Plaintiff application for reason on Age Discrimination , an advance effective date to start work prior to completing the application process was unlikely for the Plaintiff . Nonetheless Plaintiff completed the application process and hereafter sought effective date to start work. **Exhibit 12**

11

44. Plaintiff assets , she witnessed Assessment/ Aptitude test performed by the USPS Employer Host Stellar for the younger men applicant , and further states USPS neutral policy effective dates were advance before completion of application process were more theses likely for young men applicants

45.    Plaintiff asserts , USPS neutral policy that permits USPS candidates to start work before the completion of the application process , on finding applied to candidates for Mail Handler Assistant position the duration of the Plaintiff's sought to complete the application process becomes discriminatory in operation against the Plaintiff ; because but for Age Discrimination Plaintiff was not chosen to exercise USPS neutral policy that permits USPS candidates to start work before the completion of the process

47 . On finding that Mail handler Assistant position were filled on advance effective dates is discriminatory in operation against the Plaintiff because the Defendant excluded the Plaintiff from exercising USPS neutral policy , and unlike other candidates who advanced effective dates before completing the hiring process , Plaintiff was exclude from exercising USP neutral policy base on Age Discrimination . By USPS announced post offer conditions , the plaintiff completed USPS hiring process , Plaintiff sought her effective date to start work , USPS Brook Road withdrew extended offer to the plaintiff , stating its non-discriminatory reasons that the position was filled where USPS neutral Policy that permits USPS candidates to start work before the completion of the application process discriminates in operation against the Plaintiff.

48 .    Plaintiff has become aware of complaints received on the USPS Virginia Geographical Region District not meeting deadlines and quota. Plaintiff asserts, Defendants had a motive to discriminate against the Plaintiff for age 40 and older , Defendant

12

viewed the Plaintiff' age  as   unproductive candidate   and a problem and not  a solution  to the  concerns  of its   USPS    Virginia 's Constituents . **Exhibit not presented herein**

49.     Plaintiff  asserts, she was offer  an USPS   extend  offer  position outside  of  the USPS Virginia District  holding  Virginia 's Constituents  concerns . Thus , USPS  North Carolina  Unlike the USPS Virginia  Geographical Region, USPS  North Carolina    held   not a motive to discriminate    for age  against the  Plaintiff  , disadvantage  the Plaintiff  from  being an applicant as described herein , nor  withdrew  extended offer  to the Plaintiff  for reason of age discriminations   . Instead  USPS Human Resources  North Carolina    Shared Services  valued the Plaintiff 's credentials  and capabilities  to do the job requirements  thus elected Ms.  Robbins  as a candidate  for the Mail Handlers  Assistant  position. **Exhibit 13**

.50    Plaintiff asserts on  information and belief  Roxanne Toman  and her  Superiors  Carlee Cash  USPS Workforce  Planning   Department was  not the proper  USPS authority  to  withdraw the Plaintiff extended offer thus had no authority  to withdraw   USPS 's  extend offer for Mail Hander position  to the Plaintiff .   Plaintiff  has not received  notice on  of a withdraw  offer   filled potions from  she believed  was  authorized  personnel  of  USPS Human Resources  until only  after notices send to  EEEOC .  **Exhibit 14**

## V. Damages

51     Plaintiff  incorporates  the above paragraphs   as set for fully  herein

52     Defendants  had a duty  to lawfully  administer  the application process   in a neutral fair  non- discriminatory   manner  , in accordance   federal  law that    that prohibit age discrimination,    by failing to do so   , Plaintiff  would have work .   Committed of the  Defendants  , unlawful employment acts and practices . As a direct and proximate cause of Defendants' prohibit  acts , plaintiff  loss  valuable employment offer  , Plaintiff seeks

Liquidate Damages , Loss Back Pay  and other  damages as provide  to fullest under the law.

Plaintiff relied on Extend Offer from USPS , where  others  and the Ms.  Robbins  viewed

as valuable employment for anticipated  entered Financial Agreements , Plaintiff

continues  to suffer financial  losses  by Defendant  PROBHIBT employments  ACTS.

**WHEREFORE**  Plaintiff Prey for Relief :

1. Plaintiff seeks  Liquidate Damages ,
2. Loss Back Pay  (Double  for intentional Age  Discrimination)
3. Front pay
4.  Financial compensation  for lost benefits
5.  Damages  as deem appropriate  under the laws and as provided  to fullest under the law including interest
6.  Legal fees

Submitted by

Iva Robbins 5614 Connecticut  Ave. NW

#176

Washington DC 20015

14